B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Ohio _____

In re Jerri Lynn Ford and David Ford,    Case No. 17-57594

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2018 (date).

Name of Alleged Transferor
Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A

Name of Transferee
US Bank Trust N.A., as trustee of Bungalow Series III Trust

Address of Alleged Transferor:

1600 South Douglass Road
Anaheim, CA 92806

Address of Transferee:

c/o SN Servicing
323 5th street
Eureka CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**